UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEWISH CENTER FOR AGED,<br>A Missouri Benevolent Association, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:07-CV-750 (JCH) |
| | ) |
| UNITED STATES DEPARTMENT OF<br>HOUSING AND URBAN DEVELOPMENT, | )<br>)<br>) |
| Defendant. | ) |

## **ORDER OF DISMISSAL**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED**.

Dated this 24th day of July, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE